```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DAWNELL RIGGS-RICHEY,          )
                               )
        Plaintiff,             )
                               )    C.A. No. 05-10337-MLW
        v.                     )
                               )
GILARDI & CO. LLC,             )
                               )
        Defendant.             )
```

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated June 30, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

July 1, 2005                              By the Court,

                                          /s/ Jeanette McGlamery
                                          Deputy Clerk